# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** April 24, 2025

**CASE OF:** In Re: Amendments to Florida Rules of Criminal Procedure 3.116 and 3.132

**DOCKET NO.:** SC2024-0883

**OPINION FILED:** April 3, 2025

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 10, line 30, the underlined word "standard" was added after "probability" in subparagraph (k).

**SIGNED: OPINION CLERK**